UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| DAVID WILLIAMS, JR., as Personal Representative of the Estate of David Williams, Sr., ) ) ) ) ) | C/A No. 4:24-cv-7524-JD |
| Plaintiff, ) ) | **NOTICE OF REMOVAL** |
| Versus ) ) | |
| REMARMS, LLC; ROUNDHILL GROUP, LLC; SPORTING GOODS PROPERTIES, INC.; and, REMINGTON ARMS, LLC, ) ) ) ) | |
| Defendants. ) | |

YOU WILL PLEASE TAKE NOTICE that the Defendants, REMARMS, LLC, ROUNDHILL GROUP, LLC (n/k/a Outdoor Properties, LLC), SPORTING GOODS PROPERTIES, INC., and REMINGTON ARMS COMPANY, LLC (incorrectly sued as "REMINGTON ARMS, LLC") (collectively the "Defendants"), hereby file a Notice of Removal of the above-entitled action from the County of Marlboro, State of South Carolina to the District Court of the United States for the District of South Carolina, for the Florence Division, pursuant to 28 U.S.C. §§ 1332, 1334, 1441, 1446 and 1452.

1.    Plaintiffs filed his Complaint in the above-entitled action in the State Court of South Carolina in the Circuit Court for the County of Marlboro, Civil Action No. 2024-CP-34-00373. On or about December 12, 2024, REMARMS, LLC and ROUNDHILL GROUP, LLC were served with a Summons and Plaintiff's Complaint.  On or about December 10, 2024, SPORTING GOODS PROPERTIES, INC. was served with a Summons and Plaintiff's Complaint.

2.    At the time of the commencement of the action, the Plaintiff was and still is a citizen of the State of South Carolina (Exhibit A, Complaint at ¶ 1).

3.      Defendant REMARMS, LLC is now and at all times intervening a limited liability company and, therefore, for purposes of diversity jurisdiction, is a citizen of the state(s) of citizenship of its members.  REMARMS, LLC's sole member is REM EQ Holdings, LLC.  REM EQ Holdings, LLC has three members:  Northern Gold Holdings, LLC; SIFT Fixed US002, LLC; and REM OA Holdings, LLC.  Northern Gold Holdings has one member, Richmond Italia, who is domiciled in and, for purposes of diversity jurisdiction, a citizen of Florida.  SIFT Fixed US002, LLC has one member, SIFT Master Limited, a corporation incorporated and located only in Samoa and, for purposes of diversity jurisdiction, a citizen of the Independent State of Samoa.  REM OA Holdings, LLC has two members:  Scott Soura, who is domiciled in and, for purposes of diversity jurisdiction, a citizen of Florida; and a corporation, Roundhill Investment Group, Inc., a Delaware corporation whose principal place of business is in Florida and, therefore, a citizen of Delaware and Florida.  Therefore, REMARMS, LLC is a citizen of Florida, the Independent State of Samoa, and Delaware.  REMARMS, LLC is not a citizen of South Carolina.

4.      Defendant ROUNDHILL GROUP, LLC is now and at all times intervening a limited liability company and, therefore, for the purposes of diversity jurisdiction, is a citizen of the state of citizenship of its members.  ROUNDHILL GROUP, LLC's sole member is Scott Soura, who is domiciled in and, for purposes of diversity jurisdiction, a citizen of Florida.  Therefore, ROUNDHILL GROUP, LLC is a citizen of Florida.  ROUNDHILL GROUP, LLC is not a citizen of South Carolina.

5.     Defendant SPORTING GOODS PROPERTIES, INC. is now and at all time intervening a corporation organized under the laws of the state of Delaware, with its principal places of business in Delaware and is, therefore, a citizen of Delaware.  SPORTING GOODS PROPERTIES, INC. is not a citizen of South Carolina.

6.     On July 27, 2020 (the "Petition Date"), the entity known as Remington Outdoor Company, Inc. ("ROC") and its affiliated debtors (collectively, the "Debtors") filed petitions for relief (collectively, the "Chapter 11 Cases") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Alabama (the "Bankruptcy Court").  One of the Debtors to the Chapter 11 Cases is Defendant REMINGTON ARMS COMPANY, LLC.  A plan of reorganization, (the "Plan") was confirmed on March 12, 2021.  *See* Bankruptcy Petition No. 20-81688-CRJ11,  Docket No. 1658.  The Plan became effective on March 31, 2021 (the "Effective Date").   The Chapter 11 Cases are still pending.

7.     The Plan provides that "[o]n and after the Effective Date [] the ROC Liquidation Estates will continue to exist as separate companies and shall retain all of their powers under applicable non-bankruptcy law" and further provides that all interests of the Debtors "shall be deemed held through the Plan Administrator under applicable non-bankruptcy law and the Plan Administrator shall be authorized to exercise all of the rights and powers of a sole member as provided by the Plan" [*see* Plan, Article V].  "ROC Liquidation Estates" is defined under the Plan as "the Debtors after the Effective Date."  The Plan Administrator is domiciled in New Jersey.

8.     Accordingly, REMINGTON ARMS COMPANY, LLC is now and at all times intervening a limited liability company, and is a citizen of the state of citizenship of its members, for purposes of diversity jurisdiction.   REMINGTON ARMS COMPANY, LLC's sole member

is FGI Operating Company, LLC whose sole member is FGI Holding Company, LLC whose sole member is Remington Outdoor Company, Inc. Remington Outdoor Company, Inc. is a Delaware corporation with its principal place of business formerly in Alabama. Therefore, for purposes of diversity of citizenship jurisdiction, REMINGTON ARMS COMPANY, LLC is a citizen of Delaware and Alabama. REMINGTON ARMS COMPANY, LLC is not a citizen of South Carolina.

9.    This action is of a civil nature and involves a controversy wholly between citizens of different states (and a foreign state), and the value of the matter in dispute in this cause exceeds the sum of Seventy-Five Thousand and no/100ths ($75,000.00) Dollars, exclusive of interest and costs, as appears from the allegations in Plaintiff's Complaint.

10.    The prayer for relief in the Complaint is unspecified. The Plaintiff has alleged Wrongful Death damages against the Defendants, and, while he has prayed for an unspecified amount of damages to be ascertained at trial, these damages include actual and punitive damages, and prejudgment and post judgment interest. Therefore, the amount in controversy exceeds $75,000.00.

11.    Based on the foregoing, this action is one over which the United States District Court for the District of South Carolina has original jurisdiction pursuant to 28 U.S.C. § 1332. There is complete diversity of citizenship of the named parties in the Complaint. Furthermore, the amount in controversy exceeds the sum or value of $75,000.00. As a result, this action may be removed pursuant to 28 U.S.C. § 1441.

12.    A copy of this Notice of Removal is being served on all adverse parties and filed with the Clerk of Court, Marlboro County Courthouse, where this case was originally filed.

4

13.    The Defendants file herewith a copy of all process, pleadings, and orders served upon it in this action as a part of this Petition, being the Summons and Complaint and Affidavits of Service.

14.    This Notice is timely filed with this Court within thirty days of service of the Summons and Complaint.

15.    All of the Defendants join in and consent to removal.

16.    The attorney(s) of record for the Defendants sign this Notice of Removal pursuant to Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, Defendants, REMARMS, LLC, ROUNDHILL GROUP, LLC (n/k/a Outdoor Properties, LLC), SPORTING GOODS PROPERTIES, INC., and REMINGTON ARMS COMPANY, LLC (incorrectly sued as REMINGTON ARMS, LLC) pray that this Court accept this Notice of Removal which is being filed and that this Court take jurisdiction of the above-captioned action and that all further proceedings in the action in the Court of Common Pleas for Marlboro County, State of South Carolina, bearing Civil Action No. 2024-CP-34-00373, be stayed.

HOOD LAW FIRM, LLC
172 Meeting Street
Post Office Box 1508
Charleston, SC  29402
Ph: (843) 577-4435 / Fax: (843) 722-1630
Email: Info@hoodlaw.com

**December 20, 2024**
Charleston, South Carolina

**/s/ Robert H. Hood, Jr.**
Robert H. Hood, Jr. (FED #6998)
bobbyjr.hood@hoodlaw.com

*Attorneys for the Defendants*
*REMARMS, LLC, ROUNDHILL GROUP, LLC*
*(n/k/a Outdoor Properties, LLC), SPORTING*
*GOODS PROPERTIES, INC., and*
*REMINGTON ARMS COMPANY, LLC*
*(incorrectly sued as "REMINGTON ARMS,*
*LLC")*

5

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| DAVID WILLIAMS, JR., as Personal Representative of the Estate of David Williams, Sr., | ) ) ) ) ) | C/A No. |
| | ) | **VERIFICATION** |
| Plaintiff, | ) ) | |
| Versus | ) ) ) | |
| REMARMS, LLC; ROUNDHILL GROUP, LLC; SPORTING GOODS PROPERTIES, INC.; and, REMINGTON ARMS, LLC, | ) ) ) ) | |
| Defendants. | ) | |

The undersigned attorney affirms and states:

That he is one of the attorneys for the Defendants herein and is authorized to sign this Notice of Removal for the Defendants. That he has prepared and read the foregoing Notice of Removal and the matters and things therein are true as he verily believes.

**/s/ Robert H. Hood, Jr.**
Robert H. Hood, Jr. (FED #6998)

6